# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1323
L.T. Case No. 2021-CA-2445

_____

WILLIE JAMES and
KENYA JAMES,

   Appellants,

   v.

PATRICIA JAMES,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Rutledge Anderson, Jr., Judge.

Willie James and Kenya James, Jacksonville, pro se.

No Appearance for Appellee.

November 12, 2024

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

 MAKAR, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____